# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2006

130872

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DESERAI LAWSON, Next Friend of ZHIMON
BINGHAM, a Minor,
        Plaintiff-Appellee,

v

KREATIVE CHILD CARE CENTER, INC.,
        Defendant-Appellant.

SC: 130872
COA: 256388
Wayne CC: 03-314614-NO

_____/

On order of the Court, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address only the issue whether the statements made by plaintiff's son to plaintiff, identifying his attacker, and then repeated by plaintiff to her son's physician, are admissible under MRE 803(4) as "[s]tatements made for the purposes of medical treatment or diagnosis . . . ." The parties may file supplemental briefs within 42 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2006

_____
Clerk

d0718